IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

       Appellee,

v.                                               Case No.: 3:09cr61/MCR

MICHAEL L. ROBERSON,

       Appellant.
                                                    /

## ORDER

       Gwendolyn Spivey, appointed counsel for Michael L. Roberson in this appeal from Roberson's convictions and sentence in Case No. 3:08mj206/MD, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 368 U.S. 738, 87 S.Ct. 1396 (1967); and *United States v. Blackwell*, 767 F.2d 1486 (1985).  Independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Roberson's conviction and sentence are AFFIRMED.

       DONE and ORDERED this 16th day of July, 2009.

                                         *s/ M. Casey Rodgers*
                                         **M. CASEY RODGERS**
                                         **UNITED STATES DISTRICT JUDGE**