# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,

        Appellee,

v.                                        Case No.: 3:09cr61/MCR

MICHAEL L. ROBERSON,

        Appellant.
                                   /

## O R D E R

        By Order dated July 16, 2009 (doc. 7), the court granted appointed counsel's motion to withdraw and affirmed Roberson's conviction and sentence. It appears the court entered its order prematurely in that it did not allow Roberson an opportunity to respond to the motion and brief filed by counsel and to present any arguments to show that his appeal has merit. Roberson will now be given that opportunity. Roberson's response may be either handwritten or typed and should specify all factual and legal grounds for reversal of his conviction or sentence, including any legal authorities and citations in support thereof. The response should be filed with this court within 30 days of the date of entry of this order and copies should be provided to Roberson's court appointed counsel and the United States Attorney. Upon receipt of Roberson's response or at the expiration of the time for filing same, the court will reconsider the record on appeal and may grant withdrawal of counsel and dismiss the appeal as frivolous or, if it finds any legal point or arguable merits, either deny counsel leave to withdraw or appoint counsel of the court's choice to further brief the appeal. Accordingly, it is

        ORDERED:

        The court's Order dated July 16, 2009 (doc. 7), is hereby VACATED. The clerk shall provide a copy of this order along with copies of the Motion to Withdraw (doc. 6) and

*Anders* Brief for Appellant (doc. 5) to Appellant, Michael Roberson, Reg. No. 07211-017, FDC Tallahassee, 501 Capital Circuit NE, Tallahassee, FL 32301.  Roberson shall be allowed 30 days in which to respond to the motion and brief.

      **DONE and ORDERED** this 21st day of July, 2009.


                             *s/ M. Casey Rodgers*
                             **M. CASEY RODGERS**
                             **UNITED STATES DISTRICT JUDGE**